# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:  Tamara Lyn Greene                                  Case No.: 16–12680–CMA
Debtor(s).                                                 Chapter: 13

---

## NOTICE OF DEFICIENT FILING

## FOR INDIVIDUAL DEBTORS

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **May 19, 2016**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**

None


**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**            **June 3, 2016**

REVISED OFFICIAL FORMS DATED 12/2015 REQUIRED
Summary of Your Assets and Liabilities and Certain Statistical Information – Individual
Schedules A/B thru J
Declaration About an Individual Debtor's Schedules
Statement of Financial Affairs
Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period
Chapter 13 Plan


**CREDIT COUNSELING REQUIREMENT:**

This requirement has been satisfied


DATED: **May 19, 2016**

                                                Mark L. Hatcher
                                                Clerk of the Bankruptcy Court


*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*